
JS-6

LAWYERS FOR JUSTICE, PC
Edwin Aiwazian (SBN 232943)
*edwin@calljustice.com*
Arby Aiwazian (SBN 269827)
*arby@calljustice.com*
Jeffrey D. Klein (SBN 297296)
*jeff@calljustice.com*
Kelly Odabashian (SBN 327185)
*kelly@calljustice.com*
410 West Arden Avenue, Suite 203
Glendale, California 91203
Telephone: (818) 265-1020
Facsimile: (818) 265-1021

Attorneys for Plaintiff
JOSE TAMAYO

SEYFARTH SHAW LLP
Sheryl L. Skibbe (SBN 199441)
*sskibbe@seyfarth.com*
Daniel C. Whang (SBN 223451)
*dwhang@seyfarth.com*
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

SEYFARTH SHAW LLP
Elizabeth J. MacGregor (SBN 267326)
*emacgregor@seyfarth.com*
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
ANIXTER INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JOSE TAMAYO, individually, and on behalf of other members of the general public similarly situated;

Plaintiff,

vs.

ANIXTER INC., an unknown business entity; and DOES 1 through 100, inclusive

Defendants.

Case No. 8:20-cv-01367-CJC-DFM

**ORDER ON JOINT STIPULATION TO STAY ACTION PENDING MEDIATION**

# ORDER

GOOD CAUSE APPEARING thereon, and based on the parties' Stipulation, the Court hereby ORDERS as follows:

1. This action is stayed this until mediation has been completed;

2. The Parties shall file a notice with the Court once mediation has been completed informing the Court of whether or not mediation was successful;

3. The Court will not issue its Scheduling Order until after the stay has been lifted;

4. All dates that have been scheduled, including deadlines set forth in the Court's Notice of Intent, the hearings on Plaintiff's Motion to Strike Portions of Defendant's Answer to Plaintiff's Class Action Complaint and Plaintiff's Motion to Remand Pursuant to 28 U.S.C. § 1447, and all related deadlines, are vacated, and will be rescheduled following the completion of mediation.

5. The Court places this matter on the its inactive calendar. The Plaintiff shall file a status report no later than five (5) days after the mediation has been completed.

IT IS SO ORDERED.

Dated: August 31, 2020

Hon. Cormac J. Carney
United States District Judge